**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

KRISTY L. THOMPSON,            )
                               )
      Petitioner,             )
                               )
vs.                            )     Case No.  CIV-04-0707-F
                               )
MILLICENT NEWTON-EMBRY,        )
                               )
      Respondent.             )

## ORDER

Petitioner's Objection to the Report and Recommendation of the Magistrate Judge, filed July 15, 2005, is before the court.  (Objections at docket entry no. 47, Report at docket entry no. 46.)  Petitioner appears pro se, and her pleadings are liberally construed.

There have been two prior reports by the magistrate judge in this action.  The report that is now in issue is Magistrate Judge Doyle W. Argo's report filed June 23, 2005, which recommends denial of Ms. Thompson's 28 U.S.C. § 2254 petition for a writ of habeas corpus.  Petitioner's objections to the report focus on her first ground for habeas relief, which is her argument that there was insufficient evidence to support her convictions.  However, petitioner's objections also describe other grounds for objecting to the report, and she includes the broad request that the court grant habeas relief "on all grounds."  (Objection, p. 2.)  Accordingly, the court considers de novo all issues addressed in the report.  *See*, 28 U.S.C. § 636(b)(1).

After careful study of petitioner's objections, the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations.  The court further finds that no purpose would be served by repeating the magistrate judge's determinations or by presenting any

additional analysis here.  Accordingly, the June 23, 2005 Report and Recommendation of Magistrate Judge Doyle W. Argo is hereby **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety.  The Petition for a Writ of Habeas Corpus is **DENIED**.

Dated this 25th day of July, 2005.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

04-0707p006(pub).wpd